NUMBER 13-04-451-CV

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI B EDINBURG

 

JOHNNY PARTAIN AND 

TERESA PARTAIN,                                                                         Appellants,

 

                                                             v.

 

KEITH LIVESAY AND 

LIVESAY LAW OFFICES,                                                                Appellees.

 

  On appeal from the County Court at Law No. 2 

                                        of
Hidalgo County, Texas.

 

                       MEMORANDUM OPINION

 

                  Before Justices Yañez, Castillo,
and Garza

                            Memorandum
Opinion by Justice Garza

 








This is a restricted appeal from a judgment
dismissing appellants= claims against appellees.  Review by restricted appeal is available if
(1) the appeal is filed within six months after the final judgment is signed,
(2) by a party to the lawsuit, (3) who did not participate in the actual trial,
and (4) error is apparent from the face of the record.  Quaestor Invs., Inc. v. Chiapas, 997
S.W.2d 226, 227 (Tex. 1999); see also Tex.
R. App. P. 26.1(c), 30. 
Appellants contend that the foregoing requirements have been
established, but appellees maintain that appellants participated in the hearing
that resulted in the judgment of which they now complain.  No reporter=s
record was filed by appellants, and this Court is therefore unable to determine
which party is correct.  We dismiss the
appeal because appellants have failed to establish their entitlement to review
by restricted appeal.  Appellees= motion for sanctions is denied. 

 

 

DORI CONTRERAS GARZA

Justice

 

Memorandum
Opinion delivered 

and
filed this the 7th day of July, 2005.